JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MACEDO, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SANTA ANA POLICE DEPARTMENT OFFICER DAVID PREWETT, an individual, and DOES 1 through 10, inclusive,<br><br>  Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: SACV17-0897 CJC (JDEx), Consolidated with SACV17-1676<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled consolidated matters are hereby dismissed in their entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: May 17, 2019

_____
Honorable Cormac J. Carney
United States District Judge

-1-

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE