FILED

MAY 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA MACEDO, an individual; et al., | No.   19-55028 |
| Plaintiffs-Appellees, | D.C. Nos.<br>8:17-cv-00897-CJC-JDE<br>8:17-cv-01676-CJC-JDE |
| v. | Central District of California, |
| DAVID PREWETT, Santa Ana Police Department Officer, | Santa Ana |
| Defendant-Appellant, | ORDER |
| and | |
| DOES, 1 through 10, inclusive; et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties (Docket Entry No. 8), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation